IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOKA HOLDINGS, LLC; AGYAPONG ORGANIZATIONS, LLC; YAHU HOLDINGS, LLC; and JOKA DISTRIBUTION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-26-0014-SLP |
| STATE OF OKLAHOMA, ex rel. STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL; OKLAHOMA MEDICAL MARIJUANA AUTHORITY; and KEVIN STITT, in his official capacity as Governor of the State of Oklahoma, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# ORDER

This matter is before the Court pursuant to the Order to Show Cause [Doc. No. 16] entered on February 4, 2026. Plaintiffs were directed to show cause no later than February 11, 2026, why this action should not be dismissed without prejudice for failure of any counsel to enter an appearance on behalf of Plaintiffs and for failure to prosecute this matter. *See* Order [Doc. No. 16].

The Court notes that the Order [Doc. No. 16] was only mailed to Plaintiffs' former counsel of record, Kelly L. Lynn. Mr. Lynn never entered an appearance on behalf of Plaintiffs in the matter and was deemed withdrawn as counsel of record on January 21, 2026. *See id*. In light of these circumstances, the Court, acting sua sponte, extends the

deadline to February 27, 2026, for Plaintiffs to show cause for why they have failed to comply with the Court's Orders [Doc. Nos. 5, 16] and have failed to prosecute this matter.

The Court directs the Clerk of the Court to mail this Order to the following addresses believed to belong to Plaintiffs:

- Joka Holdings, LLC—809 NW 12th St, Moore, Oklahoma 73160
- Yahu Holdings, LLC—925 W I-35 Frontage Rd, Suite 124, Edmond, Oklahoma 73034
- Agyapong Organizations, LLC—5837 E Covell Rd, Edmond, Oklahoma 73034
- Kwadwo Agyapong[1]—1304 SW 24th St, Moore, Oklahoma 73170

Plaintiffs are admonished that they can only appear through counsel in this matter. *See Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001) ("[A]" corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se.").

Failure to respond and show good cause for their failure to comply with the Court's previous Orders and the failure to prosecute the matter may result in dismissal of Plaintiffs' claims without prejudice. *See* Fed. R. Civ. P. 41(b); *Olsen v. Mapes*, 333 F.3d 1199, 1204, n.3 (10th Cir. 2003) (Rule 41(b) "has long been interpreted to permit district courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.").

---

[1] Kwadwo Agyapong is the majority owner and registered service agent of Plaintiffs.

IT IS SO ORDERED this 17th day of February, 2026.

                                                                  *[signature]*
                                                                  **SCOTT L. PALK**
                                                                  **UNITED STATES DISTRICT JUDGE**